UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MOLLY DARNELL,

       Plaintiff,                                    Case No.
vs.                                                       Hon.

OXFORD COMMUNITY SCHOOL DISTRICT, SHAWN HOPKINS, NICHOLAS EJAK, TIMOTHY THRONE, STEVEN WOLF, in their individual capacities, KENNETH WEAVER, in his official capacity,

       Defendants.
_____/

**PLAINTIFF'S EX PARTE REQUEST TO CORRECT CASE INFORMATION REGARDING COMPANION CASES**

Upon filing, the above-captioned cause of action was incorrectly identified as having no companion cases. The companion cases that are applicable to this action are as follows:

> Case Nos. 21-12871, 22-11448, 23-1483, 23-1484, 23-1487, 23-1489, 23-1490, 23-1491, 23-1492, 23-1493, 23-1496, 23-1560, 23-1561, 23-1563, 23-1564, 23-1565.

Plaintiff hereby requests that the case details for the above matter be amended to properly reflect the companion cases as noted above.

                                                      /s/ Matthew L. Turner
                                                      Matthew L. Turner (P48706)
                                                      Lisa M. Esser (P70628)
                                                      Sommers Schwartz, P.C.
                                                      One Towne Square, Suite 1700
                                                      Southfield, MI 48076
                                                      T: (248) 355-0300
                                                      F: (248) 936-2158
                                                      mturner@sommerspc.com
Dated: November 26, 2024        lesser@sommerspc.com